Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-394-602**

**Effective Date of Registration:**
March 12, 2024
**Registration Decision Date:**
May 20, 2024



## Title

**Title of Work:** I can fly too!

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 09, 2010
**Nation of 1st Publication:** Australia

## Author

- **Author:** Elena Kolotusha
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Elena Kolotusha
63 Lakeside Blvd, Pakenham, VIC 3810, Australia

## Rights and Permissions

**Name:** Elena Kolotusha
**Email:** elenakolotusha@hotmail.com
**Address:** 63 Lakeside Blvd
Pakenham VIC 3810 Australia

## Certification

**Name:** David Denholm
**Date:** March 12, 2024
**Applicant's Tracking Number:** EK2024031203



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-794

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Morning Glow

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 21, 2014
**Nation of 1st Publication:** Australia

## Author

- **Author:** Elena Kolotusha
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Elena Kolotusha
63 Lakeside Blvd, Pakenham, VIC 3810, Australia

## Rights and Permissions

**Name:** Elena Kolotusha
**Email:** elenakolotusha@hotmail.com
**Address:** 63 Lakeside Blvd
Pakenham VIC 3810 Australia

## Certification

**Name:** David Denholm
**Date:** March 14, 2024
**Applicant's Tracking Number:** EK2024031401



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-394-560
**Effective Date of Registration:**
March 12, 2024
**Registration Decision Date:**
May 20, 2024

## Title
| | |
|---|---|
| **Title of Work:** | Among proteas - Cape Sugarbird |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | February 16, 2019 |
| **Nation of 1st Publication:** | Australia |

## Author
| | |
|---|---|
| • **Author:** | Elena Kolotusha |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Elena Kolotusha |
| | 63 Lakeside Blvd, Pakenham, VIC 3810, Australia |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Elena Kolotusha |
| **Email:** | elenakolotusha@hotmail.com |
| **Address:** | 63 Lakeside Blvd |
| | Pakenham VIC 3810 Australia |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 12, 2024 |
| **Applicant's Tracking Number:** | EK2024031201 |

