IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELENA KOLOTUSHA, | |
| Plaintiff, | Case No.: 1:25-cv-05110 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 9 | US Art Family |
| 18 | AH Life color |
| 42 | Captivating Canvas Co |
| 20 | LxwFc |
| 21 | Roodecor Master |
| 22 | Yuuuuu Decor |
| 23 | PrintWallArt |
| 24 | MikePoster |
| 25 | Innovation Poster |
| 26 | FCLin |
| 27 | Llw Decor |
| 28 | HCH po |
| 42 | Captivating Canvas Co |
| 43 | LiyanDecor |
| 44 | kwsust |
| 45 | FCC Decor |
| 46 | Kevin Decor |

DATED: June 11, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 11, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt